United States District Court

Eastern District of Louisiana

Knight

v.                                           CIVIL ACTION NO. 2:00-cv-00216 "N"

Toyota Motor Sales


    The record reflects that a Notice of Removal has been filed in the captioned case; accordingly,

    Pursuant to 28 U.S.C. 1447(b), the removing party is directed to file within 10 days:

    (1) A list of all parties still remaining in this action;

    (2) Copies of all pleadings, including answers, filed by those parties in state court; and

    (3) Copies of the return on service of process on those parties filed in state court.

New Orleans, Louisiana, January 24, 2000.

                                      By Direction of the Court

                                      LORETTA G. WHYTE, CLERK



IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KENNETH C. KNIGHT, JR., ) <br> BARBARA H. NOBLE ) <br> Plaintiffs ) <br> ) <br> VERSUS ) <br> ) <br> TOYOTA MOTOR SALES, USA, INC., ) <br> TOYOTA MOTOR CREDIT CORPORATION ) <br> Defendants ) | CIVIL ACTION NO. **00-0216** <br> JUDGE: <br> MAG.:   **SECT. N MAG. 2** |

## NOTICE OF REMOVAL

*TO:   United States District Court*
*Eastern District Of Louisiana*

TOYOTA MOTOR SALES, U.S.A., INC. ("TMS") and TOYOTA MOTOR CREDIT CORPORATION ("TMCC"), defendants in the above-captioned state court lawsuit filed by plaintiffs Kenneth C. Knight, Jr. and Barbara H. Noble, and now pending in the 24th Judicial District Court for the Parish of Jefferson, State of Louisiana, bearing Number 547-641, Division "J," hereby file this Notice of Removal of this lawsuit from the 24th Judicial District Court for the Parish of Jefferson, State of Louisiana, to the United States District Court for the Eastern District of Louisiana.

I.

Plaintiffs filed this suit in the 24th Judicial District Court for the Parish of Jefferson, State of Louisiana, on December 17, 1999.

Fee  150.00
___ Process___
 X  D'kid
___ CtRmDep___
___ Doc. No.___

II.

TMS's first notice of this lawsuit occurred on December 29, 1999, when it was served with plaintiff's Petition for Damages through its agent for service of process. TMCC's first notice occurred on December 29, 1999, the date it was served with plaintiff's petition.

III.

This action is one of a civil nature alleging fault on the part of the plaintiffs.

IV.

The amount in controversy reasonably appears to seek damages in excess of SEVENTY-FIVE THOUSAND ($75,000.00) DOLLARS, exclusive of interest and costs. Specifically, plaintiff Kenneth Knight alleges injuries to his "neck, back, shoulders, head and hands and causing him extreme physical pain, discomfort and disability, which injuries continue to cause him pain, discomfort and disability." Moreover, plaintiff Knight alleges he was "forced to undergo, and is still undergoing, medical treatment, and has suffered and will continue to suffer restrictions and limitations on his activities"; claims damages for lost earnings due to "resulting pain and disability," which have made him unable to work; and claims damages for medical expenses, both past and future. *See* Petition for Damages at ¶¶XVIII through XXI. A copy of the Petition is attached at Exhibit "A."

Plaintiff Barbara Noble alleges injuries to her "neck, back, shoulder and arm and causing her extreme physical pain, discomfort and disability, which injuries continue to cause her pain, discomfort and disability." Moreover, plaintiff Noble alleges she was "forced to undergo, and is still undergoing, medical treatment, and has suffered and will continue to suffer restrictions and limitations on his activities"; claims damages for lost earnings due to "resulting pain and disability," which have made her unable to work; and claims damages for medical expenses, both past and future. *See* Ex. "A" at ¶¶XXII through XXV.

Moreover, plaintiffs have stated in their Petition that their damages are not less than $50,000, thus entitling them to a jury trial. *See* Ex. "A" at ¶XXVI.

V.

At and since the time of filing this lawsuit, plaintiffs were and are now citizens of the State of Louisiana. TMS is a foreign defendant, incorporated in the State of California, with its principal place of business in the State of California. TMCC is a foreign defendant, incorporated in the State of California, with its principal place of business in the State of California.

VI.

The requisite diversity between plaintiffs and defendants, as required by 28 U.S.C. 1332, has been satisfied. This matter is removable pursuant to 28 U.S.C. 1332 and 28 U.S.C. 1441(c).

WHEREFORE, Toyota Motor Sales, U.S.A., Inc. and Toyota Motor Credit Corporation give notice of removal of the above-entitled case from the state court to this Court.

Respectfully submitted,

C. G. Norwood, Jr. (10083)
Mark N. Bodin (18803)
Dwayne C. Jefferson (23799)
MCGLINCHEY STAFFORD, PLLC
643 Magazine Street
New Orleans, Louisiana 70130
Telephone (504) 586-1200
ATTORNEYS FOR TOYOTA MOTOR
SALES, U.S.A., INC. and TOYOTA
MOTOR CREDIT CORPORATION