FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 AUG 22 PM 4:47

LORETTA G. WHYTE
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KENNETH C. KNIGHT, JR., ) | CIVIL ACTION NO. 00-0216 |
| BARBARA H. NOBLE ) | |
| Plaintiffs ) | JUDGE CLEMENT |
| ) | |
| VERSUS ) | MAG. WILKINSON |
| ) | |
| TOYOTA MOTOR SALES, USA, INC., ) | SECT. "N" |
| TOYOTA MOTOR CREDIT CORPORATION ) | |
| Defendants ) | JURY TRIAL REQUESTED |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

NOW INTO COURT, through undersigned counsel, come defendants Toyota Motor Sales, U.S.A., Inc. and Toyota Motor Credit Corporation, and move this Court for a four (4) day extension on the deadline for defendants to produce their experts' reports. Under the Court's current scheduling order, the reports of defense experts are due to be produced to the plaintiffs on Monday, August 28, 2000. Due to unforeseen scheduling difficulties, defendants are in need of a brief extension of that deadline. Counsel for plaintiffs, Mary S. Schillesci, has been contacted and has advised that plaintiffs have no objection to the granting of this motion. The requested extension will not impact any other scheduling deadlines, and will not adversely impact the trial date of November 6, 2000.

DATE OF ENTRY
AUG 2 8 2000

Process_____
X /Dktd_____
___/CtRmDep_____
Doc.No._6_

Accordingly, defendants respectfully request a four (4) day extension. to September 1, 2000, of their deadline to produce expert reports.

Respectfully submitted,

C. G. Norwood, Jr. (10083)
Mark N. Bodin (18803)
Dwayne C. Jefferson (23799)
MCGLINCHEY STAFFORD, PLLC
643 Magazine Street
New Orleans, Louisiana 70130
Telephone (504) 586-1200
ATTORNEYS FOR TOYOTA MOTOR SALES, U.S.A., INC. and
TOYOTA MOTOR CREDIT CORPORATION

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| KENNETH C. KNIGHT, JR., <br> BARBARA H. NOBLE <br> Plaintiffs | ) <br> ) <br> ) <br> ) | CIVIL ACTION NO. 00-0216 <br><br> JUDGE: CLEMENT |
| VERSUS | ) <br> ) | MAG.: WILKINSON |
| TOYOTA MOTOR SALES, USA, INC., <br> TOYOTA MOTOR CREDIT CORPORATION <br> Defendants | ) <br> ) <br> ) | SECT. "N" <br><br> JURY TRIAL REQUESTED |

## **ORDER**

Considering the foregoing Unopposed Motion for Extension of Time:

IT IS ORDERED that the motion is GRANTED, and the deadline for defendants Toyota Motor Sales, U.S.A., Inc. and Toyota Motor Credit Corporation to produce expert reports is now September 1, 2000.

New Orleans, Louisiana, this 25th day of August, 2000.

_____
United States Magistrate Judge
for Joseph C. Wilkinson, Jr.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon:

>James A. McPherson (#09381)
>Mary S. Schillesci (#25239)
>McPherson & Schillesci
>9128 Quince Street
>New Orleans, LA 70118
>(504) 486-2022
>**ATTORNEY FOR PLAINTIFFS**

by placing a copy of same in the U. S. mail, postage prepaid and properly addressed this 22ND day of August, 2000.

_____
MARK N. BODIN