UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

KENNETH C. KNIGHT, JR. ET AL.                      CIVIL ACTION

VERSUS                                              NO. 00-216

TOYOTA MOTOR SALES, U.S.A., INC. ET AL.            SECTION "N" (2)


**IT IS ORDERED** that the **settlement conference** previously set on **October 12, 2000 at 4:00 p.m.** and the **pretrial conference** previously set on **October 26, 2000 at 10:10 a.m.** before Judge Clement are hereby RESET for the same dates and times before **Magistrate Judge Joseph C. Wilkinson, Jr.**, 501 Magazine St., Hale Boggs Building, Room B409, New Orleans, Louisiana. <u>Counsel for all parties are instructed to submit their respective settlement position letters on or before October 11, 2000, for the confidential and exclusive use of Magistrate Judge Joseph C. Wilkinson, Jr.</u>

New Orleans, Louisiana, this ___ day of September, 2000.

                                JOSEPH C. WILKINSON, JR.
                                UNITED STATES MAGISTRATE JUDGE

cc:   HON. EDITH BROWN CLEMENT

DATE OF ENTRY
SEP 8 2000

