

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 SEP 26 PM 3:59

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KENNETH C. KNIGHT, JR., BARBARA H. NOBLE<br>       Plaintiffs | CIVIL ACTION NO. 00-0216<br><br>JUDGE CLEMENT |
| versus | MAG. WILKINSON |
| TOYOTA MOTOR SALES, USA, INC.<br>TOYOTA MOTOR CREDIT CORPORATION<br>       Defendants | SECTION "N"<br><br>JURY TRIAL REQUESTED |

**<u>UNOPPOSED MOTION TO CONTINUE HEARINGS AND EXTEND DEADLINE FOR FILING OPPOSITION TO DEFENDANTS' MOTION TO DISQUALIFY AND EXCLUDE OPINION TESTIMONY OF PLAINTIFFS' DESIGNATED EXPERT AND TOYOTA MOTOR CREDIT CORPORATION'S MOTION FOR SUMMARY JUDGMENT</u>**

Plaintiffs, Kenneth C. Knight, Jr. and Barbara H. Noble, move this Honorable Court to continue the hearings and extend the deadline for filing an opposition to Defendants' Motion to Disqualify and Exclude Opinion Testimony of Plaintiffs' Designated Expert and Toyota Motor Credit Corporation's Motion for Summary Judgment.

I.

Defendants, Toyota Motor Sales U.S.A., Inc. and Toyota Motor Credit Corporation filed a Motion to Disqualify and Exclude Opinion Testimony of Plaintiffs' Designated Expert on September

1

DATE OF ENTRY
SEP 29 2000



18, 2000.

II.

Defendant Toyota Motor Credit Corporation also filed a Motion for Summary Judgment on September 18, 2000.

III.

Hearings on Defendants' Motion to Disqualify and Exclude Opinion Testimony of Plaintiffs' Designated Expert and Defendant, Toyota Motor Credit Corporation's Motion for Summary Judgment is set for October 4, 2000.

IV.

Defendants took the deposition of Plaintiffs' Expert on September 22, 2000 in Atlanta, Georgia. Plaintiffs' counsel ordered a copy of the transcript of this deposition but it has not been provided yet.

V.

Plaintiffs need additional time to file oppositions to Defendants' Motion to Disqualify and Exclude Opinion Testimony of Plaintiffs' Designated Expert and Toyota Motor Credit Corporation's Motion for Summary Judgment.

VI.

Defendants counsel has no objection to this motion.

Wherefore, Plaintiffs pray that this Honorable Court

continue the hearings on Defendants' Motion to Disqualify and Exclude Opinion Testimony of Plaintiffs' Designated Expert and Toyota Motor Credit Corporation's Motion for Summary Judgment until October 18, 2000 and extend the deadline for filing an opposition until October 10, 2000.

                              Respectfully submitted,

                              _____
                              James A. McPherson (#09381) T.A.
                              Mary E. Schillesci (#25239)
                              McPherson & Schillesci
                              9128 Quince Street
                              New Orleans, Louisiana 70118
                              Telephone: (504)486-2022
                              Facsimile: (504)486-6050
                              Attorneys for Plaintiffs

                        Certificate of Service

I hereby certify that the foregoing was served on:

    C.G. Norwood, Jr.
    Mark N. Bodin
    Dwayne C. Jefferson
    McGlinchey Stafford, PLLC
    643 Magazine Street
    New Orleans, LA 70130
    Facsimile: (504)596-2800

by placing a copy in the United States Mail postage prepaid and properly addressed and by facsimile on this 26th day of September, 2000.

                              _____
                              James A. McPherson (#09381)
                              Mary E. Schillesci (#25239)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KENNETH C. KNIGHT, JR.,<br>BARBARA H. NOBLE<br><br>versus<br><br>TOYOTA MOTOR SALES, USA, INC.<br>TOYOTA MOTOR CREDIT CORPORATION | CIVIL ACTION NO. 00-0216<br><br>SECTION "N"<br><br>JUDGE CLEMENT<br><br>MAG. WILKINSON |

### ORDER

Considering the Unopposed Motion to Continue Hearings and Extend Deadline For Opposition to Defendants' Motion to Disqualify and Exclude Opinion Testimony of Plaintiffs' Designated Expert and Toyota Motor Credit Corporation's Motion For Summary Judgment filed by Plaintiffs,

IT IS ORDERED that the hearing on Defendants' Motion to Disqualify and Exclude Opinion Testimony of Plaintiffs' Designated Expert and Toyota Motor Credit Corporation's Motion For Summary Judgment is continued until October 18, 2000.

IT IS FURTHER ORDERED that the deadline for filing oppositions to Defendants' Motion to Disqualify and Exclude Opinion Testimony of Plaintiffs' Designated Expert and Toyota Motor Credit Corporation's Motion For Summary Judgment is October 10, 2000.

9.28.00    _____
UNITED STATES DISTRICT JUDGE