FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 DEC 27 PM 4: 49

LORETTA G. WHYTE
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| KENNETH C. KNIGHT, JR., <br> BARBARA H. NOBLE <br> Plaintiffs | ) <br> ) <br> ) <br> ) | CIVIL ACTION NO. 00-0216 <br><br> JUDGE CLEMENT |
| VERSUS | ) <br> ) | MAG. WILKINSON |
| TOYOTA MOTOR SALES, USA, INC., <br> TOYOTA MOTOR CREDIT CORPORATION <br> Defendants | ) <br> ) <br> ) | SECT. "N" <br><br> JURY TRIAL REQUESTED |

## STIPULATION OF VOLUNTARY DISMISSAL

Plaintiffs Kenneth Knight and Barbara Noble, appearing herein through undersigned counsel, file this Stipulation of Dismissal pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, dismissing the above-captioned and numbered cause, with prejudice, as to defendants Toyota Motor Sales, U.S.A., Inc. and Toyota Motor Credit Corporation, each party to bear its own costs. The defendants, through their undersigned counsel, stipulate to the entry of this voluntary dismissal.

James A. McPherson (#09381)
Mary S. Schillesci (#25239)
MCPHERSON & SCHILLESCI
9128 Quince Street
New Orleans, Louisiana 70118
(504) 486-2022
ATTORNEYS FOR PLAINTIFFS

C. G. Norwood, Jr., T.A. (10083)
Mark N. Bodin (18803)
Dwayne C. Jefferson (23799)
McGLINCHEY STAFFORD, PLLC
643 Magazine Street
New Orleans, Louisiana 70130
Telephone: (504) 586-1200
ATTORNEYS FOR TOYOTA MOTOR
SALES, U.S.A., INC. and TOYOTA
MOTOR CREDIT CORPORATION

DATE OF ENTRY
JAN - 3 2001

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| KENNETH C. KNIGHT, JR., | ) | CIVIL ACTION NO. 00-0216 |
| BARBARA H. NOBLE | ) | |
|     Plaintiffs | ) | JUDGE CLEMENT |
| | ) | |
| VERSUS | ) | MAG. WILKINSON |
| | ) | |
| TOYOTA MOTOR SALES, USA, INC., | ) | SECT. "N" |
| TOYOTA MOTOR CREDIT CORPORATION | ) | |
|     Defendants | ) | JURY TRIAL REQUESTED |

## O R D E R

**CONSIDERING THE FOREGOING** Stipulation of Voluntary Dismissal :

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned and numbered cause be dismissed, with prejudice, as to defendants Toyota Motor Sales, U.S.A., Inc. and Toyota Motor Credit Corporation, each party to bear its own costs.

*Denied as untimely.*

NEW ORLEANS, LOUISIANA, this 2 day of January, 2000.

_____
**UNITED STATES DISTRICT JUDGE**